STATE of Missouri, Respondent,

v.

Donald R. WADE, Jr., Appellant.

No. WD 39380.

Missouri Court of Appeals,
Western District.

Jan. 12, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 1, 1988.

Application to Transfer Denied
April 19, 1988.

Sean D. O'Brien, Public Defender, Jo Ann Arnold, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Deborah L. Ground, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and TURNAGE and MANFORD, JJ.

### ORDER

PER CURIAM.

Appeal from judgment of conviction for robbery, first degree, two counts of armed criminal action, and assault in the second degree. Consecutive sentences of fifteen years, ten years and seven years and a concurrent sentence of three years were imposed.

Judgment affirmed. Rule 84.16(b).